FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 DEC 20 PM 3: 13

CLERK M.akery
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | Case Nos.: |
| PATRICIA G. RHODES | ) | |
| January 27, 2020 through January 31, | ) | CR119-129, E. Washington |
| 2020 and February 18, 2020 through | ) | |
| February 21, 2020. | ) | CR318-007, T. Coney, et. al. |
| | ) | |
| | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for the dates of January 27, 2020 through January 31, 2020 to travel out of the country for work purposes and February 18, 2020 through February 21, 2020 for a vacation out of state; same is hereby GRANTED.

This 20th day of December, 2019.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA