IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-129 |
| | ) | |
| ELIJAH BERNARD WASHINGTON | ) | |

————

**O R D E R**

————

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved. (<u>See</u> doc. no. 16.) Therefore, a motions hearing is not necessary, and the pending motion is **MOOT**. (Doc. no. 10.)

SO ORDERED this 21st day of January, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA